## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 605 MAL 2020
:
            Respondent :
:
              : Petition for Allowance of Appeal
              : from the Order of the Superior Court
        v. :
:
:
:
RYAN RICHARD, :
:
            Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 606 MAL 2020
:
            Respondent :
:
              : Petition for Allowance of Appeal
              : from the Order of the Superior Court
        v. :
:
:
RYAN RICHARD, :
:
            Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.